1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHARLES JONES, JR.,

11          Plaintiff,                    No.  2:11-cv-3000 KJN P

12      vs.

13  TIM VIRGA, et al.,

14          Defendants.              ORDER

15  _____/

16          Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

17  pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or

18  paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiff will be

19  provided the opportunity either to submit the appropriate affidavit in support of a request to

20  proceed in forma pauperis or to submit the appropriate filing fee.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23  in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24  Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the

25  dismissal of this action; and

26  ////

1          2.  The Clerk of the Court is directed to send plaintiff a new Application to

2  Proceed In Forma Pauperis By a Prisoner.

3  DATED:  November 16, 2011

4

5                                                    _____
                                   KENDALL J. NEWMAN

6                                   UNITED STATES MAGISTRATE JUDGE

7  jone3000.3a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26