IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES, JR.,

    Plaintiff,                        No. 2:11-cv-3000 KJN P

    vs.

TIM VIRGA, et al.,

    Defendants.               ORDER

_____/

        Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed May 22, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants, or to file an amended complaint. (Dkt. No. 7.) That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY ORDERED this action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

DATED: July 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone3000.fus

1