IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES, JR.,

      Plaintiff,                    No.  2:11-cv-3000 KJN P

   vs.

TIM VIRGA, et al.,

      Defendants.          ORDER

_____/

        Plaintiff, a state prisoner at California State Prison-Sacramento ("CSP-SAC"), proceeding in forma pauperis and without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983, moves to reopen this action. For good cause shown, plaintiff's motion is granted.

        By order filed, and judgment entered, on July 26, 2012, the undersigned[1] dismissed this case without prejudice due to plaintiff's failure to provide the Clerk of Court with the information necessary to serve process on defendants Him, Yang and Brown. (See Dkt. Nos. 7, 10, 11.) The court dismissed this action more than one month after expiration of the thirty-day deadline for submitting the necessary information. However, on August 21, 2012, plaintiff filed the instant motion for reconsideration, together with his declaration and several exhibits that

---

[1] Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).  (Dkt. No. 5.)

1

demonstrate, despite plaintiff's timely and repeated requests to prison officials to make copies of plaintiff's complaint and service documents, prison officials declined to do so. It appears that prison officials were under the misapprehension that service upon the Attorney General alone would meet the requirements for service upon state employee defendants.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (Dkt. No. 12), is granted.

2. The order (Dkt. No. 10), and judgment (Dkt. No. 11), dismissing this case without prejudice, are vacated. This case is reopened; the terms of this court's order filed May 22, 2012 (Dkt. No. 7), are reinstated, subject to the new deadline set forth herein.

3. Prison officials are directed to make four copies of plaintiff's endorsed 62-page complaint (Dkt. No. 1); one copy each of the three completed USM-285 forms; one copy of the completed summons; and one copy of plaintiff's completed Notice of Submission of Documents; all originals should be returned to plaintiff, together with all copies.

4. Thereafter, prison officials are directed to promptly mail to this court plaintiff's completed Notice of Submission of Documents and all related documents.

5. Plaintiff shall submit all necessary service documents to the court within thirty days after the filing date of this order.

SO ORDERED.

DATED: September 25, 2012.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone3000.reopen