IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES, JR.,

      Plaintiff,                      No. 2:11-cv-3000 KJN P

   vs.

TIM VIRGA, et al.,

      Defendants.               <u>ORDER</u>

_____ /

      Plaintiff has filed a motion to compel discovery. (ECF No. 28.) While this motion is outside the discovery deadline, the court finds good cause to require a response from defendants. Accordingly, IT IS HEREBY ORDERED that defendants shall, within fourteen (14) days after the filing date of this order, file and serve a response to the pending discovery motion.

      SO ORDERED.

DATED: June 6, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone3000.disc.rspnd

1