IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES JONES, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**TIM VIRGA, et al.,**<br><br>Defendants. | No. 2:11-cv-03000 KJN P<br><br>**[Proposed] ORDER VACATING DEADLINE TO FILE DISPOSITIVE MOTIONS** |

Good cause appearing, the motion of Defendants Brown, Hom, and Yang to vacate the dispositive-motion deadline until after the Court rules on Plaintiff's discovery motion is granted.

The current deadline of July 19, 2013, to file dispositive motions as set out in the Scheduling Order (ECF No. 19) is vacated. The Court will set a new deadline to file dispositive motions after it has ruled on Plaintiff's discovery motion (ECF No. 28).

IT IS SO ORDERED.

**Date: 7/9/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone3000.prop.ord

1

Order Vacating Deadline to File Dispositive Motions  (2:11-cv-03000 KJN)