UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES, JR.,          No. 2:11-cv-3000-KJN P

    Plaintiff,

  v.

TIM VIRGA, et al.,

                                  **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.                 **AD TESTIFICANDUM**
_____/

    Charles Jones, Jr., CDCR # F-93018, a necessary and material witness in a settlement conference in this case on January 16, 2014, is confined in Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California 92179, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Thursday, January 16, 2014 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Allison Claire.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California 92179:**

    **WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by Judge Claire.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 29, 2013

                                                        _/s/ Kendall J. Newman_
                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE

/jone3000.841