IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES JONES, JR.,** | No. 2:11-cv-03000 KJN P |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND** ~~**PROPOSED**~~ **ORDER** |
| v. | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| **TIM VIRGA, et al.,** | |
| Defendants. | |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Charles Jones, Jr., and Defendants Brown, Hom, and Yang stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  January 16, 2014                         Respectfully submitted,

                                                            */s/ Charles Jones, Jr.*
CHARLES JONES, JR.
*Plaintiff pro se*

Dated: January 16, 2014                          KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

                                                            */s/ Diana Esquivel*
DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  January 24, 2014

/ jone3000.stip.dsms.doc

                                                         KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE